```
1  IDELLE CLARKE
   723 20TH STREET # 5
2  San Pedro, CA 90731
   In Propria Persona
3  (310) 938-2263
```




# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br><br> IDELLE CLARKE, <br><br> Debtor. | Case No. 2:09-bk-13812BR <br><br> ADVERSARY NO: 09-01586BR <br><br> Date: Nov. 3, 2009 <br> Place: 1668 Hon. Barry Russell <br><br> SUPPLEMENT TO MOTION TO CONTINUE; <br> Physician's medical statement; Debtor's Declaration attached (FILED IN CAMERA) |
| OVANDO COWLES <br><br> Plaintiff <br><br> Vs <br><br> IDELLE CLARKE <br><br> DEFENDANT | |

### SUPPLEMENTAL TO MOTION TO CONTINUE

RESPONSIVE TO THE OCTBER 23, 2009 NOTE FROM COURTROOM DEPUTY STACEY FORTIER, RECEIVED BY IDELLE CLARKE, DEBTOR, ON OCTOBER 26, 2009 IDELLE CLARKE HEREBY SUBMITS THE REQUESTED LETTER SIGNED BY MICHAEL KO, MD. REGARDING HER NOVEMBER 2, 2009 PROCEDURE.

DEBTOR FILES THE REQUESTED LETTER AND HER ACCOMPANYING DECLARATION "IN CAMERA" TO PRESEVE HER PRIVACY BECAUSE OF HISTORIC AND DOCUMENTED ACTS OF OVANDO COWLES AND REQUESTS THAT THE COURT FILE AND MAINTAIN THE ATTACHED DECLARATION AND LETTER CONFIDENTIAL AND "IN CAMERA".

Dated this 27th day of October, 2009        *Idelle Clarke*

                                             Idelle Clarke, Debtor

| | |
|---|---|
| 1 | DECLARATION OF IDELLE CLARKE |
| 2 | I, Idelle Clarke declare: |
| 3 | 1. I am the debtor in this matter. |
| 4 | 2. I am a patient at Kaiser Permanente where I am currently under the care of multiple specialists for |
| 5 | multiple issues including hypertension, osteoporosis, arthritis, "sever" spinal stenosis and more. |
| 6 | 3. Dr. Michael Ko to whom I was referred for treatment is providing a procedure on Nov.2, 2009 which is |
| 7 | anticipated will provide me both relief from very difficult and debilitating pain and may additionally provide |
| 8 | opportunity for inflammation to subside so as to reduce or eliminate future pain |
| 9 | 4. In response to the Court's request mailed to me October 23, 2009 I have obtained Dr. Michael Ko's |
| 10 | letter regarding the November 2, 2009 procedure which is attached herein. <u>Exhibit A</u> |
| 11 | 5. My primary physician has been changed to an internist expected to be able to best coordinate my |
| 12 | increasingly complex care. I am scheduled to meet this person for the first time on November 10, 2009. |
| 13 | 6. I presently experience significant recurring back, hip and leg pain. Sometimes it is so sever I must |
| 14 | cease whatever I am doing and rest until the pain subsides. I really need this procedure and I also need |
| 15 | to have time for it to have a beneficial effect on my body, hopefully so that I will NOT experience |
| 16 | recurrence of the pain or at least on a much reduced basis. |
| 17 | 7. The state court has in the past quashed Ovando Cowles' attempt to subpoena my medical records. |
| 18 | When I sought medical treatment for this particular issue 3 -4 years ago Ovando Cowles and /or his |
| 19 | attorney successfully under took action which resulted in my not being able to access/pay for necessary |
| 20 | medical care. Subsequently, my symptoms have increased dramatically and treatment has become an |
| 21 | urgent necessity. Thankfully, I *currently* have insurance for treatment. |
| 22 | 8. I need for the Court to accept, file and maintain this declaration and the medical letter from Dr. Ko |
| 23 | confidential , "*In Camera*" so that my ex-husband does not interfere with my essential medical care or |
| 24 | alarm our daughter with whom he prevents my contact. |
| 25 | I declare under penalty of perjury under the laws of the State of California that the foregoing is |
| 26 | true and correct and that this declaration was executed on October 27, 2009 at San Pedro, California. |
| 27 | *[signature: Idelle Clarke]* |
| 28 | Idelle Clarke |



**KAISER PERMANENTE.**

10/26/2009                                    MR# 

Idelle Clarke
723 20th St Apt5
San Pedro, CA 90731-5363

To whom it may concern:

Ms. Clarke has a procedure scheduled on 11/2/09. My clinical recommendation and usual practice is that the patient remain at bed rest and not leave the house 48 hours after the procedure.

Please excuse her for any activities and appointments from 11/2-4.

Michael Ko, MD
Kaiser Permanente medical center
Department of anesthesiology
Interventional pain clinic
10/26/2009



Exhibit A

IDELLE CLARKE
723 20TH STREET # 5
San Pedro, CA 90731
In Propria Persona
(310) 938-2263

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>IDELLE CLARKE,<br>        Debtor. | Case No. 2:09-bk-13812BR<br><br>ADVERSARY NO: 09-01586BR<br><br>Date: Nov. 3, 2009<br>Place: 1668 Hon. Barry Russell<br><br>SUPPLEMENT TO MOTION TO CONTINUE;<br>Physician's medical statement; Debtor's<br>Declaration attached (FILED IN CAMERA) |
|---|---|
| OVANDO COWLES<br>        Plaintiff<br>        Vs<br>IDELLE CLARKE<br>        DEFENDANT | |

## PROOF OF SERVICE

I am a resident in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2632 W 237th , Torrance, California 90505.

On October 27, 2009, I served the foregoing document(s) described as:

**SUPPLEMENT TO MOTION TO CONTINUE \***

\* *without* Physician's medical statement; Debtor's Declaration **FILED IN CAMERA**

on the interested parties in this action by placing a true copy thereof\* enclosed in a sealed envelope, addressed as follows:

Barry R. Wegman
Law offices of David A Tilem
206 N. Jackson Street
Suite 201
Glendale, CA 91206

X [BY MAIL] I deposited such envelope with postage thereon fully prepaid, in the United States mail at San Pedro, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 27, 2009 at San Pedro, California.

                                                          Tim Racisz